## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-60111-BLOOM/Valle**

ABIGAIL T. BEAN, as legal guardian
of C.B., and all others similarly situated,

    Plaintiff,

v.

MEDNAX, INC. and PEDIATRIX
MEDICAL GROUP, INC.,

    Defendants.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal, ECF No. [13] ("Notice"), filed on February 2, 2021. The Court has carefully reviewed the Notice and the record in this case, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [13],** is **APPROVED AND ADOPTED**;

2. The above-styled case is **DISMISSED WITHOUT PREJUDICE**;

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

Case No. 21-cv-60111-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, on February 2, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record